ACCEPTED
04-15-00480-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/7/2015 7:32:00 AM
KEITH HOTTLE
CLERK

# No. 04-15-00480-CV

IN THE COURT OF APPEALS OF TEXAS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/07/15 7:32:00 AM
KEITH E. HOTTLE
Clerk

## LIBERTY SPORT AVIATION, L.P.,
*Appellant,*

vs.

## TEXAS HILL COUNTRY BANK,
*Appellee.*

FROM THE 216TH JUDICIAL DISTRICT, KENDALL COUNTY,
CAUSE NO. 14-314/14-314A, HON. KEITH WILLIAMS, PRESIDING

## APPELLANTS' UNOPPOSED MOTION TO CONSOLIDATE APPEALS

To the Honorable Court:

This appeal arises from the entry of a summary judgment motion that was then severed into a separate cause of action. The original cause of action was numbered 14-314. After the severance order was entered and motion for new trial was filed, the trial court assigned a new cause number to the severed cause of action (14-314A). In an abundance of caution, Appellant Liberty Sport Aviation L.P. filed a notice of appeal in both causes and, as a result, this

Court docketed two appeals, not one (04-15-00479-CV and 04-15-480-CV). Although two appellate numbers were docketed, there will be only one appeal: a challenge to the trial court's summary judgment order that was later severed into a separate cause. Thus, for purposes of judicial efficiency and to remedy the error, Appellant requests this Court consolidate the appeals. Appellee is unopposed to this Motion.

Respectfully submitted,

KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas 78006
Tele: 830.981.5000
Facs: 888.293.8580

/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
kim@kellsto.com

COUNSEL FOR APPELLANT

## <u>CERTIFICATE OF CONFERENCE & SERVICE</u>

I certify that on August 6, 2015, co-counsel Jonathan Cluck conferred with counsel for Appellee (Mr. Maguire) and was informed Appellee is unopposed to this Motion. On August 7, 2015, this Motion to Consolidate was served on those individuals listed below via this Court's e-filing system, facsimile, and/or email:

M. Patrick Maguire
945 Barnett Street
Kerrville, Texas 78028

William Michael Childers
222 Sidney Baker South, Suite 630
Kerrville, Texas 78028

/s/Kimberly S. Keller
Kimberly S. Keller